IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

WILLIAM SCOTT JONES              §
          PLAINTIFF              §
VS.                              §
                                     §              Civil Action No. 5:19CV104
SOUTHWESTERN CORRECTIONAL, LLC §              (Jury)
ET AL                            §
          DEFENDANTS              §

## **FINAL VERDICT FORM**

## VERDICT FORM 1

Did Markesha Jones, James McCormick, Joni Slimak McFaul or Jason Lamb violate

Plaintiff William Scott Jones's constitutional rights with regard to his inadequate medical

care/episodic claim?

    \_\_\_\_\_ Yes

    \_\_✓\_\_ No

## **VERDICT FORM 2**

If you answered "Yes" to Question 1, then answer this question, otherwise do not answer this question.

Is LaSalle liable for Markesha Jones, James McCormick, Joni Slimak McFaul or Jason Lamb's actions based upon LaSalle's policy or custom?

_____ Yes

_____ No

**VERDICT FORM 3**

Did Markesha Jones, James McCormick or Michelle Arnold violate Plaintiff William Scott Jones's constitutional rights with regard to his inadequate medical care/conditions of confinement claims?

_____ Yes

\_\_\_✓\_\_ No

## **VERDICT FORM 4**

If you answered "Yes" to Question 3, then answer the following question, otherwise do not answer this question.

Is LaSalle liable for Markesha Jones, James McCormick or Michelle Arnold's actions based upon LaSalle's policy or custom?

_____ Yes

_____ No

## **VERDICT FORM 5**

If you answered "Yes" to Question No. 1 or 3, then answer the following question. Otherwise, do not answer the following question.

Is Michelle Arnold liable on Williams Scott Jones' supervisor liability claim?

_____Yes

_____No

# **VERDICT FORM 6**

If you answered "Yes" to Question No. 1 or 3, then answer the following question. Otherwise, do not answer the following question.

Is James McCormick liable on Williams Scott Jones' supervisor liability claim?

_____Yes

_____No

## VERDICT FORM 7

If you answered "Yes" to Question 1 or 3, then answer the following question. Otherwise to do answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff William Scott Jones for his injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest in the amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amount, if any, in your answers because of the negligence, if any, of Plaintiff William Scott Jones. Any recovery will be determined by the Court when it applies the law to your answers at the time of judgment.

1.   Physical pain and mental anguish sustained in the past:                                    $_____

2.   Physical pain and mental anguish that, in reasonable probability,
     Plaintiff William Scott Jones will sustain in the future:                                  $_____

3.   Disfigurement sustained in the past:                                                       $_____

4.   Disfigurement that, in reasonable probability, Plaintiff William
     Scott Jones will sustain in the future:                                                    $_____

5.   Physical impairment sustained in the past:                                                 $_____

6.   Physical impairment that, in reasonable probability, Plaintiff

William Scott Jones will incur in the future:                       $_____

7.    Medical expenses sustained in the past:                       $_____

8.    Medical expenses that, in reasonable probability, Plaintiff
      William Scott Jones will incur in the future:                  $_____

## **VERDICT FORM 8**

If you found LaSalle Corrections violated William Scott Jones's constitutional rights in Question 2 or Question 4 and awarded damages in question 7, then answer the following. Otherwise do not answer this question.

Do you find that LaSalle Corrections acted with malice or knowingly violated William Scott Jones's right or safety?

_____ Yes

_____ No

If you answered "Yes" answer the following:

What sum of money, if any, should be assessed against the LaSalle Corrections and awarded to Plaintiff William Scott Jones as punitive damages for the conduct found in response to Question No. 1 or No. 3?

Answer in dollars and cents, if any, for the following:

LaSalle Corrections                    $_____

5/6/2021                    Page 10 of 10